UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS TERRY,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

CASE NO. 1:17-CV-671

HON. ROBERT J. JONKER

**ORDER**

Defendant moves for entry of a discovery protective order (ECF No. 40). Plaintiff reportedly concurs in the request, and in the proposed terms. The Court readily agrees that a discovery protective order is appropriate under Rule 26 (c), but the Court does not accept the parties' proposed terms.

In particular:

1) The Court does not authorize sealed filing in advance. Local Rule 10.6 governs requests for sealing, a showing of good cause beyond that needed under Rule 26(c) is required. The Court rarely grants motions to seal.

2) The Court will not enjoin parties and non-parties in advance of any behavior that may violate the terms of the protective order. The Court will evaluate claimed violations and appropriate sanctions if and when they occur.

3) The Court does not understand proposed paragraph 8.

The parties may submit a new proposed order.

Date:  <u>June 7, 2018</u>              /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE