UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS TERRY,

     Plaintiff,

                                     No. 17-cv-00671

v

                                     HON. ROBERT J. JONKER

MICHIGAN DEPARTMENT
OF CORRECTIONS,

     Defendant.

_____

Ronnie E. Cromer, Jr. (P59418)
The Cromer Law Group, PLLC
Attorney for Plaintiff
24901 Northwestern Hwy., Suite 612
Southfield, MI 48075
248-809-6790
rcromerjr@thecromerlawgroup.com

Sarah Robbins (P81944)
Attorney for Defendant
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-1162
Robbinss@michigan.gov

_____

**PROTECTIVE ORDER REGARDING
DISCOVERY PRODUCED BY THE DEFENDANT**

IT IS ORDERED, that the production of any discovery by the Michigan Department of Corrections will be subject to the following protective conditions:

1.    The discovery involved may contain, in part, confidential and/or privileged information regarding the Defendants, other individuals, and/or policies, procedures, of the Michigan Department of Corrections, and that the dissemination of said materials may hinder the ability of the Department to ensure the safety and security of the

Department of Corrections' correctional facilities.

2.     The information derived from this discovery shall be used solely and exclusively for purposes of this lawsuit and W.D. Mich. No. 17-cv-00671.  Such information shall not be used in or for other cases, proceedings or disputes, or for any other purpose whatsoever.

3.     The aforementioned materials may not be disclosed to any person other than parties, counsel of record for the respective parties to this litigation, the paralegal and clerical staff of same, expert witnesses or consultants engaged by counsel, and the court and court personnel, under such safeguards as the court may direct so as to preserve and to protect the confidentiality of information made reference to herein.

4.     This order does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court. A party seeking to have filed under seal any paper or other matter in this case must comply with Local Rule 10.6 and file a motion requesting such relief. Whenever a motion to seal is filed, the movant shall submit a brief that states the particular reason the seal is required and follow the procedures set forth in Local Rule 10.6(b).

5.     The provisions of this Order shall survive and remain in full force and effect after the entry of final judgment (including any appellate proceedings) in this case, whether by settlement or litigation unless otherwise ordered by this Court.

6.     The production of discovery subject to this protective order does not constitute an admission or agreement that any document or information is admissible as evidence in this case of W.D. Mich. No. 17-cv-00671.

7.     Necessary modification of this order may be sought by stipulation or by motion to the Court upon a showing of good cause.

8.     Procedure upon termination of this action:  60 days after the termination of this action by order or judgment, or by an appellate mandate if appealed, the material submitted under seal pursuant to this protective order will be unsealed and placed in the public case file, unless counsel present a proposed order directing the Clerk's Office to return them to the parties responsible for their submission.  An order for the return of protected documents to the parties or attorneys who submitted them shall require counsel to maintain one archival copy of depositions, exhibits, transcripts, court exhibits and transcripts, and documents and information included in submissions to the court.

**IT IS SO ORDERED.**

Date: _June 28, 2018_       /s/ Robert J. Jonker
                            ROBERT J. JONKER
                            CHIEF UNITED STATES DISTRICT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.


Date: <u>June 28, 2018</u>                                  Date:  <u>June 28, 2018</u>

<u>*s/ Ronnie E. Cromer, Jr.*</u>                          <u>*s/Sarah R. Robbins*</u>
Ronnie E. Cromer, Jr. (P59418)                Sarah Robbins (P81944)
The Cromer Law Group, PLLC                 Assistant Attorney General
Attorney for Plaintiff                              State Operations Division
24901 Northwestern Hwy., Suite 612      P.O. Box 30754
Southfield, Michigan 48075                    Lansing, Michigan 48909
(248) 809-6790                                       (517) 373-1162
rcromerjr@thecromerlawgroup.com          robinnss@michigan.gov